
to endangering the welfare of a child in violation of section 568.045, RSMo 1994. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

■

**Robert J. MAKLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 73417.**

Missouri Court of Appeals,
Eastern District,
Division Three.

July 14, 1998.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kevin F. Hennessey, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

**ORDER**

PER CURIAM.

Robert Makler, Movant, appealed the judgment that denied his post-conviction motion pursuant to Rule 24.035. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have,

**STATE of Missouri, Appellant,**

v.

**Kevin Wayne MAYFIELD, Respondent.**

**No. 22114.**

Missouri Court of Appeals,
Southern District,
Division Two.

July 17, 1998.

H. Morley Swingle, Pros. Atty., Jackson, for Appellant.

Jeffrey P. Dix, Jackson, for Respondent.